UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AIG FINANCIAL ADVISORS, INC.,<br>a Delaware corporation,<br><br>          Plaintiff,<br><br>vs<br><br>JAMES BYONGMIN YIM and JANE DOE YIM, husband and wife; and MILTON CHAMPION and PHYLLIS CHAMPION, husband and wife,<br><br>          Defendants | 3:06-cv-00497-LRH-VPC<br><br><br><br><br><br><br><br><br><br><br>**MODIFIED**<br>**PRELIMINARY INJUNCTION ORDER** |

    Having received a stipulation and joint motion from Defendants Milton Champion and Phyllis Champion ("Champions") and Plaintiff AIG Financial Advisors, Inc. ("AIGFA"), through their respective counsel for modification of the Preliminary Injunction (Docket No. 61) entered herein on January 10, 2007, and good cause appearing,

    IT IS ORDERED that Milton and Phyllis Champion, their agents, trustees, and fiduciaries are prohibited from directly or indirectly secreting, transferring, withdrawing, spending, using, pledging or otherwise disposing of any funds (including cash) or any assets held

Goedert & Associates
Attorneys at Law
140 W Huffaker Ln #507
Reno, Nevada 89511
775/ 329-9300
FAX 775/329-9301

1

by Champions in their Wells Fargo Bank account number ending in 2976 up to and including the amount of $564,000.00 until there is a final disposition of this case on the merits in their entirety. This order is not intended to restrict Champions' use of funds in excess of the $564,000.00 hereby enjoined.

IT IS FURTHER ORDERED that Champions shall give written notice to Wells Fargo Bank, and provide a copy of such notice to AIGFA, that $564,000.00 in their Wells Fargo Bank account number ending in 2976 are the subject of this Preliminary Injunction Order and may not be withdrawn, transferred, spent, used, pledged or used for the issuance of a letter of credit, or otherwise disposed of unless or until this Preliminary Injunction Order is dissolved. After Champions have given such written notice, AIGFA shall permit Champions to liquidate and transfer all of Champions' AIGFA accounts to UBS.

IT IS FURTHER ORDERED that this Preliminary Injunction shall take effect immediately and shall remain in effect until there is a final disposition of this case on the merits in their entirety.

DATED this 1st day of May, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

Goedert & Associates
Attorneys at Law
140 W Huffaker Ln #507
Reno, Nevada 89511
775/ 329-9300
FAX 775/329-9301

2